# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA RODRIGUEZ, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UPSTART NETWORK, INC., LENDINGPOINT, LLC., GOLDMAN SACHS & CO. LLC, and GOLDMAN SACHS BANK USA,<br><br>　　　　　Defendants. | **Case No.:** 3:19-cv-01971-DMS-KSC<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF DEFENDANT GOLDMAN SACHS & CO. LLC, ONLY, WITHOUT PREJUDICE** |

　　　Based upon the Voluntary Dismissal, and good cause, this Court hereby orders Defendant Goldman Sachs & Co. LLC, only, to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

　　　IT IS SO ORDERED.

Dated:  January 16, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　United States District Judge