# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA RODRIGUEZ, individually and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>UPSTART NETWORK, INC., LENDINGPOINT, LLC., GOLDMAN SACHS & CO. LLC, and GOLDMAN SACHS BANK USA,<br><br>   Defendants. | Case No.: 3:19-cv-01971-DMS-KSC<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF DEFENDANT GOLDMAN SACHS BANK USA, ONLY, WITHOUT PREJUDICE** |

  Based upon the Notice for Voluntary Dismissal, and good cause, this Court hereby orders Defendant Goldman Sachs Bank USA, only, to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

  **IT IS SO ORDERED.**

Dated:  January 24, 2020

                 _____
                  Hon. Dana M. Sabraw
                  United States District Judge