| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | Scott M. Pearson |
| 2 | SPearson@manatt.com |
| | Kay Fitz-Patrick |
| 3 | KFitz-Patrick@manatt.com |
| | 11355 W. Olympic Blvd. |
| 4 | Los Angeles, California  90064 |
| | Telephone:  310.312.4000 |
| 5 | Facsimile:  310.312.4224 |
| 6 | Attorneys for Defendants |
| |   UPSTART NETWORK, INC. and |
| 7 |   LENDINGPOINT, LLC |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA RODRIGUEZ, individually and on behalf of others similarly situated, | Case No. 3:19-cv-01971-DMS-KSC |
| | **CLASS ACTION** |
| Plaintiff, | **NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL DEADLINES PENDING DISMISSAL** |
| v. | |
| UPSTART NETWORK, INC.; LENDINGPOINT, LLC; GOLDMAN SACHS & CO. LLC, and GOLDMAN SACHS BANK USA, | The Honorable Dana M. Sabraw |
| | Courtroom: 13A |
| | Hearing: No hearing requested |
| Defendants. | |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

325848716.1

NOTICE OF SETTLEMENT AND
JOINT MOTION TO STAY ALL DEADLINES PENDING DISMISSAL

Case No. 3:19-cv-01971-DMS-KSC

Plaintiff Gloria Rodriquez ("Rodriguez") and defendants Upstart Network, Inc., LendingPoint, LLC (collectively "Defendants") hereby notify the Court that all matters in controversy between Rodriguez and Defendants have been settled in principle.  However, the parties require additional time to finalize the settlement documents and file the appropriate dismissal papers with the Court.  Accordingly, the parties hereby stipulate and jointly move for an Order staying all pending deadlines, including the February 18, 2020 deadline (ECF No. 12) for Defendants to file responses to the First Amended Complaint (ECF No. 7), for forty-five (45) days.

DATED:  February 13, 2020

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP
Scott M. Pearson
Kay Fitz-Patrick

BY:     */s/ Kay Fitz-Patrick*
          Kay Fitz-Patrick

Attorneys for Defendants,
  Upstart Network, Inc. and
  LendingPoint LLC

DATED:  February 13, 2020

KAZEROUNI LAW GROUP, APC
Yana A. Hart

BY:     */s/* Yana A. Hart
          Yana A. Hart

Attorneys for Plaintiff
  Gloria Rodriguez

**SIGNATURE ATTESTATION**

In compliance Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Kay Fitz-Patrick, hereby attest that Yana A. Hart has concurred in this filing.   */s/ Kay Fitz-Patrick*

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

325848716.1

1

NOTICE OF SETTLEMENT AND
JOINT MOTION TO STAY ALL DEADLINES PENDING DISMISSAL

Case No. 3:19-cv-01971-DMS-KSC