MANATT, PHELPS & PHILLIPS, LLP
Scott M. Pearson (SBN 173880)
SPearson@manatt.com
Kay Fitz-Patrick (SBN 252977)
KFitz-Patrick@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

Attorneys for Defendant
  UPSTART NETWORK, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA RODRIGUEZ, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UPSTART NETWORK, INC.; LENDINGPOINT, LLC; GOLDMAN SACHS & CO. LLC, and GOLDMAN SACHS BANK USA,<br><br>　　　　　Defendants. | Case No. 3:19-cv-01971-DMS-KSC<br><br>CLASS ACTION<br><br>**JOINT MOTION AND STIPULATION FOR DISMISSAL OF DEFENDANT UPSTART NETWORK, INC. WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**<br><br>The Honorable Dana M. Sabraw<br>Courtroom: 13A<br>Hearing: No hearing requested |

325833454.2

JOINT MOTION AND STIPULATION FOR DISMISSAL OF　　　　　Case No. 3:19-cv-01971-DMS-KSC
DEFENDANT UPSTART NETWORK, INC. WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**PLEASE TAKE NOTICE** that plaintiff Gloria Rodriquez ("Rodriguez") and defendant Upstart Network, Inc. ("Upstart") hereby stipulate to and jointly move for order dismissing with prejudice Rodriguez's claims against Upstart and dismissing without prejudice the claims of the putative class. Each party is responsible for its own costs and fees. A proposed order has been concurrently submitted to this Court.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of the putative class claims because this action has not been certified as a class action.

DATED: March 19, 2020

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP
Scott M. Pearson
Kay Fitz-Patrick

BY: _____/s/ Kay Fitz-Patrick_____
Kay Fitz-Patrick

Attorneys for Defendant,
Upstart Network, Inc.

DATED: March 19, 2020

KAZEROUNI LAW GROUP, APC
Yana A. Hart

BY: _____/s/ Yana A. Hart_____
Yana A. Hart

Attorneys for Plaintiff
Gloria Rodriguez

### SIGNATURE ATTESTATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Kay Fitz-Patrick, hereby certify that Yana A. Hart has consented to this filing.   */s/ Kay Fitz-Patrick*

325833454.2

1

JOINT MOTION AND STIPULATION FOR DISMISSAL OF
DEFENDANT UPSTART NETWORK, INC. WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

Case No. 3:19-cv-01971-DMS-KSC