UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA RODRIGUEZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UPSTART NETWORK, INC.; LENDINGPOINT, LLC; GOLDMAN SACHS & CO. LLC, and GOLDMAN SACHS BANK USA,<br><br>Defendants. | Case No. 3:19-cv-01971-DMS-KSC<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING DEFENDANT UPSTART NETWORK, INC. WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**<br><br>The Honorable Dana M. Sabraw<br>Courtroom: 13A<br>Hearing: No hearing requested |

# ORDER

Plaintiff Gloria Rodriquez ("Rodriguez") and defendant Upstart Network, Inc. ("Upstart") stipulated and jointly moved to dismiss Rodriguez's individual claims against Upstart with prejudice and to dismiss the claims of the putative class without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own attorneys' fees and costs.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Rodriguez's individual claims against Upstart are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

2. The putative class claims against Upstart are hereby **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is instructed to terminate this action as to Upstart Network, Inc. only.

**IT IS SO ORDERED.**

Dated: March 27, 2020

Hon. Dana M. Sabraw
United States District Judge

325833501.2

1

ORDER DISMISSING UPSTART NETWORK, INC. WITH PREJUDICE   Case No. 3:19-cv-01971-DMS-KSC
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)