UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA RODRIGUEZ, individually and on behalf of others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UPSTART NETWORK, INC.; LENDINGPOINT, LLC; GOLDMAN SACHS & CO. LLC, and GOLDMAN SACHS BANK USA,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-01971-DMS-KSC<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING DEFENDANT LENDINGPOINT LLC WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**<br><br>The Honorable Dana M. Sabraw<br>Courtroom: 13A<br>Hearing: No hearing requested |

325752928.3

[ 　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:19-cv-01971-DMS-KSC

# ORDER

Plaintiff Gloria Rodriquez ("Rodriguez") and defendant LendingPoint LLC ("LendingPoint") stipulated and jointly moved to dismiss Rodriguez's individual claims against LendingPoint with prejudice and to dismiss the claims of the putative class without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own attorneys' fees and costs.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Rodriguez's individual claims against LendingPoint are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

2. The putative class claims against LendingPoint are hereby **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is instructed to terminate this action as to LendingPoint LLC only.

**IT IS SO ORDERED.**

Dated: April 30, 2020

Hon. Dana M. Sabraw
United States District Judge

325752928.3